IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

MDL No. 2846 - IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Southern District of Ohio hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Edmund A. Sargus, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge

Date: 8-2-2018

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888** or email address **MDLPanelOrders/JPML/DCA/JPML/USCOURTS.**

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.**