CV

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:24-cv-02645-NEB-DLM

Gessell v. C.R. Bard, Inc. et al
Assigned to: Judge Nancy E. Brasel
Referred to: Magistrate Judge Douglas L. Micko
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 07/08/2024
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**John Gessell**

represented by **Charles H Johnson**
Law Offices of Charles H Johnson, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: bdehkes@charleshjohnsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

**Defendant**

**Davol, Inc.**

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2024 | 1 | COMPLAINT against All Defendants (filing fee $ 405, receipt number AMNDC-11177145) filed by John Gessell. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Johnson, Charles) (Entered: 07/08/2024) |
| 07/08/2024 | 2 | (Text-Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Nancy E. Brasel per 3rd/4th Master list, referred to Magistrate Judge Douglas L. Micko. Please use case number 24-cv-2645 NEB/DLM. <hr> **Notice: All Nongovernmental Corporate Parties must file a Rule 7.1 Corporate Disclosure Statement.** <hr> (kt) (Entered: 07/08/2024) |

| 07/08/2024 | 3 | Summons Issued as to C.R. Bard, Inc., Davol, Inc.. (kt) (Entered: 07/08/2024) |
| 07/08/2024 | 4 | Clerk's Notice to JPML regarding case potentially related to MDL #MDL 2846 re: 1 Complaint. (kt) (Entered: 07/08/2024) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH
PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:

John Gessell

Civil Action No.

**SHORT FORM COMPLAINT**

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and

is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s)

hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further

show(s) the Court as follows:

1.  The name of the person implanted with Defendants' Hernia Mesh Device(s):

    John Gessell

2.  The name of any Consortium Plaintiff (if applicable):

3.  Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

4.  State of Residence:

    Minnesota

5.  District Court and Division in which action would have been filed absent direct filing:

    United States District Court for the District of Minnesota

6.  Defendants (Check Defendants against whom Complaint is made):

    ☑ Davol, Inc.

    ☑ C.R. Bard, Inc.

    ☐ Other (please list: _____)

1

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard *Soft* Mesh

☐ Composix

☐ Composix E/X

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☑ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☑ Other (please list in space provided below):

  Mesh Surgical Preshape Bard

2

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

□ 3DMax Mesh

□ 3DMax Light Mesh

□ Bard (Marlex) Mesh Dart

□ Bard Mesh

□ Bard *Soft* Mesh

□ Composix

□ Composix E/X

□ Composix Kugel Hernia Patch

□ Composix L/P

□ Kugel Hernia Patch

□ Marlex

□ Modified Kugel Hernia Patch

□ Perfix Light Plug

□ PerFix Plug

□ Sepramesh IP

□ Sperma-Tex

□ Ventralex Hernia Patch

☑ Ventralex ST Patch

□ Ventralight ST

□ Ventrio Patch

□ Ventrio ST

□ Visilex

☒ Other (please list in space provided below):

Mesh Surgical Preshape Bard

3

9.  Date of Implantation and state of implantation:

    11/2/2023 - Minnesota

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:     Yes X_____          No_____

11. Basis of Jurisdiction:

    ☑  Diversity of Citizenship

12. Counts in the Master Complaint adopted by Plaintiff(s):

    ☑  Count I – Strict Product Liability – Defective Design

    ☑  Count II – Strict Product Liability – Failure to Warn

    ☑  Count III – Strict Product Liability – Manufacturing Defect

    ☑  Count IV – Negligence

    ☑  Count V – Negligence Per Se

    ☑  Count VI – Gross Negligence

    ☐  Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

    _____

    _____

    _____

    ☑  Count VIII – Breach of Implied Warranty

    ☑  Count IX – Breach of Express Warranty

    ☑  Count X – Negligent Infliction of Emotional Distress

    ☑  Count XI – Intentional Infliction of Emotional Distress

    ☑  Count XII – Negligent Misrepresentation

    ☑  Count XIII – Fraud and Fraudulent Misrepresentation

    ☑  Count XIV – Fraudulent Concealment

4

☐ Count XV – Wrongful Death

☐ Count XVI – Loss of Consortium

☐ Count XVII – Punitive Damages

☐ Other Count(s) (please identify and state factual and legal bases for other claims not

included in the Master Complaint below):

_____

_____

_____

_____

☑ Jury Trial is Demanded as to All Counts

Dated:  7/8/2024                                      Respectfully submitted,


/s/ Charles H. Johnson
Charles H. Johnson
Bar No. 50696
*Attorney for Plaintiff*
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:  (651) 633-5685
Fax Phone:  (651) 633-4442
bdehkes@charleshjohnsonlaw.com

5